No. 80–209. GELMAN ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 80–211. JOHNSTON *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–230. OHIO SUBURBAN WATER CO. *v.* PUBLIC UTILITIES COMMISSION OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 80–232. MARCHESE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–234. ADKINSON *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 80–250. CRAMER *v.* METROPOLITAN FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–268. McCURRY ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–271. RATLIFF *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–294. GREENE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–5001. ROHNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5002. WOOD *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 80–5003. JONES *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 80–5005. YANEZ *v.* ROMERO, WARDEN. C. A. 10th Cir. Certiorari denied.